442 A.2d 828

**Albert RAYBUCK t/a Kulpmont Motors**

**v.**

**James R. SAWEIKAS and Elizabeth Saweikas, Appellants.**

Superior Court of Pennsylvania.

Submitted March 9, 1981.

Filed March 12, 1982.

Stephen Cohen, Harrisburg, for appellants.

Vincent R. Rovito, Jr., Shamokin, for appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

PER CURIAM:

The order of April 14, 1980 is vacated and the case is remanded to the trial court with directions to enter an order granting appellee twenty (20) days to file a responsive pleading to appellants' "Motion to Vacate" the order of March 4, 1980, and to take such further proceedings thereafter as may be appropriate.